USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/6/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY COMPANY, *as subrogor of* Cheryl Importing Co., Ltd,

          Plaintiff,

-against-

CAVA CONSTRUCTION CO. INC. et al.,

          Defendants.

1:20-cv-8975 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a joint proposed Case Management Plan indicating that all parties consent to conducting all further proceedings before a magistrate judge. If the parties wish to proceed before the designated magistrate judge, the parties shall promptly file the appropriate consent form, which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

**SO ORDERED.**

Date:  April 6, 2021
        New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**