UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY COMPANY, *as subrogor of* Cheryl Importing Co., Ltd,

        Plaintiff,

-against-

CAVA CONSTRUCTION CO. INC. et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2021

1:20-cv-8975 (MKV)

ORDER

**MARY KAY VYSKOCIL**, United States District Judge:

    On April 8, 2021, the Court held a conference in this matter. As the Court explained at the conference, IT IS HEREBY ORDERED that, by April 22, 2021, the appropriate parties shall: (1) file a substitution of counsel for Defendants Cava Construction Co. Inc. and Cava Construction & Development Inc.; (2) file a notice of appearance and answer for Defendant Hidrock Realty Inc; (3) answer the cross-claims asserted by Defendant Imperiex Construction Inc.; (4) advise the Court whether all parties wish to proceed before the designated magistrate judge for all purposes, including dispositive motions and trial, without identifying which parties do or do not consent; and (5) if the parties do not wish to proceed before a magistrate judge, submit a revised proposed Case Management Plan, taking into account the Court's comments at the conference about the length of time for fact discovery and the length of trial.

**SO ORDERED.**

Date:  April 8, 2021
       New York, NY

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**