```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY COMPANY, *as subrogor of* Cheryl Importing Co., Ltd,

        Plaintiff,

-against-

CAVA CONSTRUCTION CO. INC. et al.,

        Defendants.

1:20-cv-8975 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been informed by the mediator that the parties have reached a settlement. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 26, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **October 26, 2021**
       **New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**